## People of the State of Illinois, Plaintiff-Appellee, v. Isaac Green, Defendant-Appellant.

**Gen. No. 52,045.** ▮▮▮▮▮▮▮▮▮▮

First District, Second Division.

February 4, 1969.

Gerald W. Getty, Public Defender of Cook County, of Chicago (Saul H. Brauner, Norman W. Fishman, and James J. Doherty, Assistant Public Defenders, of counsel), for appellant; John J. Stamos, State's Attorney of Cook County, of Chicago (Elmer C. Kissane and James R. Truschke, Assistant State's Attorneys, of counsel), for appellee. Opinion by PRESIDING JUSTICE LYONS. **Not to be published in full.**